

**Entered on Docket
August 17, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1

2

3

4

5

6                    **UNITED STATES BANKRUPTCY COURT**

7                              **DISTRICT OF NEVADA**

8                                   **\* \* \* \* \* \***

9    In Re:                              )        BK-S-09-16463-LBR
                                         )        Chapter 13
10   DAVID S. & AOI H. SCOTT             )
                                         )        DATE:   August 19, 2009
11                        Debtor.        )        TIME:   1:30 p.m.
     _____   )
12

13                          **ORDER VACATING HEARING**

14        Gregory Wilde, on behalf of Wells Fargo Bank, has filed a motion for relief from

15   automatic stay in this case.  Attorney Wilde's document listed an incorrect judge, and an

16   incorrect time for this hearing.  Therefore, for good cause appearing;

17        IT IS HEREBY ORDERED that the hearing scheduled for August 19, 2009 at 1:30 p.m.

18   is hereby VACATED.  Counsel for Wells Fargo Bank must obtain a correct hearing date and

19   time and correctly notice all concerned parties of that new date and time.

20   Copies noticed through ECF to:
          Christian Griffin
21        Elizabeth Deflyer
          George Haines
22        David Kreiger
          Gregory Wilde
23        Rick Yarnall

24

25

26